# United States District Court
# For The Western District of North Carolina
# Asheville Division

Shawn Dupree Corpening ,

    Petitioner,                       JUDGMENT IN A CIVIL CASE

vs.                                          1:10-cv-00255

Alvin Keller ,

    Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/2/11 Order.

                                          Signed: August 2, 2011

                                          Frank G. Johns, Clerk
                                          United States District Court